# CRIMINAL COVERSHEET

DEFENDANT'S NAME: **Erik Konrad Ehrlin**
DEFENSE ATTORNEY:
Address:

Telephone No.:

INVESTIGATIVE AGENT: Michael Nance
Telephone No.: (208)353.2785
AGENCY: Federal Bureau of Investigation

JUVENILE: No

PUBLIC or SEALED: Public
SERVICE TYPE: Warrant
(Summons or Warrant or Notice (if Superseding))
ISSUE: Yes

INTERPRETER: No
If YES, language:

CASE INFORMATION: One count unlawful possession of a firearm.

RELATED COMPLAINT:
CASE NUMBER:

# CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint**

Felony: **Yes**
Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

County of Offense: **Washington**
Estimated Trial Time: **3 days**

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 922(g)(1)** | **ONE** | **Unlawful Possession of a Firearm** | **Up to 10 years in prison and/or a $250,000 fine, 3 years supervised release, $100 Special Assessment** |

Date: 5 May 2021

Assistant U.S. Attorney: FRANCIS J. ZEBARI
Telephone No.: (208) 334.1211