RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
FRANCIS J. ZEBARI, IDAHO STATE BAR NO. 8950
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 WEST MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS
JUN 15 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIK KONRAD EHRLIN,<br><br>Defendant. | Case No. 1:21-cr-00145-BLW AS<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 111(a) and (b)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(d)<br>18 U.S.C. § 1361<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

**<u>COUNT ONE</u>**

**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about April 30, 2021, in the District of Idaho, the defendant, ERIK KONRAD EHRLIN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Sexual Abuse in the First Degree, in case number 10093264C,

in the Circuit Court of the State of Oregon, in and for the County of Malheur, did knowingly possess in and affecting commerce a firearm, that is,

1. a Nodak Spud, LLC, Model NDS-1, 7.62x39 caliber rifle, bearing serial number F000363;
2. a Smith and Wesson, model M&P 9, 9mm handgun, bearing serial number HBF3122;
3. a Rossi, model S201220, .22 long rifle caliber rifle, bearing serial number SR174815;
4. a Heritage, model Rough Rider, .22 long rifle / magnum combination caliber revolver, bearing serial number 1BH048676;

said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**Assault on a Federal Officer or Employee with a Deadly or Dangerous Weapon**
**18 U.S.C. §§ 111(a) and (b)**

On or about April 30, 2021, in the District of Idaho, the defendant, ERIK KONRAD EHRLIN, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with an officer and employee of the United States, A.H., while the employee was engaged in, and on account of, the performance of her official duties, and such acts were committed with a deadly and dangerous weapon, in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT THREE

**Depredation of Government Property**
**18 U.S.C. § 1361**

From on or about March 2021 to April 30, 2021, within the District of Idaho, the Defendant, ERIK KONRAD EHRLIN, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which

has been and is being manufactured and constructed for the United States, and any department and agency thereof, that is signage, two restrooms, trees and other natural features, located on lands owned and administered by the United States in the Greater Mann Creek area, in violation of Title 18, United States Code, Section 1361.

## CRIMINAL FORFEITURE ALLEGATION

**Firearm Forfeiture**
**18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, ERIK KONRAD EHRLIN, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   a. a Nodak Spud, LLC, Model NDS-1, 7.62x39 caliber rifle, bearing serial number F000363;

   b. a Smith and Wesson, model M&P 9, 9mm handgun, bearing serial number HBF3122;

   c. a Rossi, model S201220, .22 long rifle caliber rifle, bearing serial number SR174815;

   d. a Heritage, model Rough Rider, .22 long rifle / magnum combination caliber revolver, bearing serial number 1BH048676; and

   e. any associated ammunition.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant"

up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 15th day of June, 2021.

A TRUE BILL

*/s/ [signature on reverse]*

Foreperson

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

FRANCIS J. ZEBARI
ASSISTANT UNITED STATES ATTORNEY